IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RANDAL N. WIIDEMAN,

       Plaintiff,                             3:11-cv-00322-HDM-RAM

  vs.                                         ORDER

The State of Nevada, et al.,

       Defendants.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Roger L. Hunt for reassignment.

.    Dated this 6th day of May, 2011.

                                                            */s/ Howard D. McKibben*
                                                      _____
                                                      UNITED STATES DISTRICT JUDGE